FILED

JAN 20 2016

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-2263-BEN |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| SALVADOR BOJORQUEZ-VALDEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment against defendant SALVADOR BOJORQUEZ-VALDEZ in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 19, 2016.

Hon. Roger T. Benitez
U.S. District Judge